IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONTA ROLANDO HARRIS             *
            Petitioner
    v.                                  *     CIVIL ACTION NO. WMN-06-3074

WARDEN                             *
            Respondent.
                                      ***

**MEMORANDUM**

Donta R. Harris ("Harris"), an inmate confined at the United States Penitentiary-Lee in Jonesville, Virginia, filed various documents with the court on November 20, 2006. He states that he has deposited a sum certain amount with the Clerk..... "for all fees in conjunction with his motion to withdraw plea agreement." Paper No. 1. The documents include a"Special Bond Recital" and Harris's Motion to Withdraw Plea Agreement.[1]

When affording these documents a generous construction, the rambling statements set out in the materials do not make out a claim under this Court's federal question jurisdiction.[2] Harris's cause of action shall be dismissed.[3] A separate Order follows.

Date: December 7, 2006

/s/
_____
William M. Nickerson
Senior United States District Judge

---

[1] Harris is referencing *United States v. Harris*, Criminal No. WMN-02-0381 (D. Md.) in which he entered guilty pleas to multiple counts of bank robbery and use and possession of a firearm in a crime of violence in violation of 18 U.S.C. § 2113 & 924(c). *Id*. He was sentenced to a total of 50 years and 5 years supervision and ordered to pay a special assessment of $1,300.00 and restitution in the amount of $169,613.00. Harris's 28 U.S.C. § 2255 motion to vacate was denied by the undersigned on March 8, 2006.

[2] Insofar as Harris wishes to challenge his guilty plea, such a claim is more properly brought under 28 U.S.C. § 2255. He may file the appropriate motion in the United States Court of Appeals for the Fourth Circuit to seek leave to file a successive § 2255 motion.

[3] Neither the civil filing fee nor an in forma pauperis motion accompanied the document. Harris shall not be required to cure this deficiency.